# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 1, 2016

## NO. 03-15-00522-CV

**Michael W. Schuetz and Jamie K. Schuetz, Appellants**

**v.**

**Source One Mortgage Services Corporation; Mortgage Electronic Registration Systems, Inc.; Citimortgage, Inc.; Barrett Daffin Frappier Turner & Engle; Robert Ferguson, and Barbara Ferguson, Appellees**

### APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on May 21, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.